

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-21-00041-CV

————————————————

HANNAH KIM, Appellant

V.

PORTFOLIO RECOVERY ASSOCIATES, LLC, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2020-01425

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

The trial court signed a default judgment in favor of Appellee on November 17, 2020. Appellant filed a timely notice of appeal and a timely motion for new trial. *See* Tex. R. App. P. 26.1(a)(1), 26.3; Tex. R. Civ. P. 329b(a). On March 2, 2021, and while it had plenary power, the trial court granted Appellant's motion for new trial. *See* Tex. R. Civ. P. 329b(e).

On March 4, 2021, we informed the parties that the trial court's new-trial grant rendered this appeal moot and that the appeal would be dismissed unless any party desiring to continue the appeal filed a response before March 15. *See* Tex. R. App. P. 44.3. Neither party has filed a response. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f); *Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005). The parties shall pay their own incurred costs related to this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: March 25, 2021